UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY COHAN,

                Plaintiff,                11 Civ. 6898 (JPO)

    -against-                       CASE MANAGEMENT PLAN
                                      <u>AND SCHEDULING ORDER</u>
LONG ISLAND RAILROAD COMPANY,

                Defendants.
-----------------------------------------------------------X

       This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.     All parties[ consent_____/do not consent__X__] to conducting all further proceedings before a United States Magistrate Judge, including motions and trail. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. [If all parties consent, the remaining paragraphs need not to be complete.]

2.     Settlement discussions [have____/have not__X__] taken place.

3.     The parties [have_X_/have not____] conferred pursuant to Fed. R. Civ. P. 26(f).

4.     Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within _30_ days from the date of this Order. [Absent exceptional circumstances, thirty (30) days.]

5.     Initial disclosures pursuant to Fed. R. Civ. P. 26 (a)(1) shall be completed no later than _14_ days from the date of this Order. [Absent exceptional circumstances, fourteen (14) days.]

6. Fact discovery

       a.     All fact discovery shall be completed no later than __March 30, 2012__.
            [A period not to exceed 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances.]

       b.     Initial requests for production of documents shall be served by __completed__.

       c.     Interrogatories shall be served by __completed__.

       d.     Depositions shall be completed by __February 29, 2012__.

       e.     Requests to admit shall be served by __March 5, 2012__.

  f. Any of the deadlines in paragraphs 6(b) through 6(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 6(a).

7. Expert Discovery

  a. All expert discovery, including expert depositions, shall be completed no later than __May 14, 2012__ .[ Absent exceptional circumstances, a date forty-five (45) days from the date in paragraph 6(a) (i.e., the completion of all fact discovery).]

  b. Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before __March 30, 2012__ .

  c. Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on before __April 30, 2012__ .

  d. The interim deadlines in paragraphs 7(b) and 7(c) may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by the date set forth in paragraph 7(a).

8. All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed. Pursuant to the authority of Fed. R. Civ. P. 16( c )(2), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within fourteen (14) days after the date in paragraph 6(a) (i.e., the close of fact discovery).

9. All counsel must meet in person to discuss settlement within fourteen (14) days following the close of fact discovery.

10. a. Counsel for the parties have discussed an informal exchange of information in aid of early settlement of this case and have agreed upon the following:
__Medical records and authorizations to be turned over within 30 days__

  b. Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:
__Settlement conference before Magistrate Dolinger__

  c. Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph 10(b) be employed at the following point in the case (e.g., within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):
__After close of fact discovery.__

d. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. Unless otherwise ordered by the Court, within thirty (30) days of the close of all discovery, or, if a dispositive motion has been filed, within thirty (30) days of a decision on such motion, the parties shall submit to the Court for its approval a Joint Final Pretrial Order prepared in accordance with the Court's Individual Practices and Fed. R. Civ. P. 26(a)(3). Any motions in *limine* shall be filed on or before the date on which the Final Pretrial Order is due. If this action is to be tried before a jury, proposed voir dire, jury instructions, and verdict form, noting any points of disagreement in the joint submission. Jury instructions may not be submitted after the Final Pretrial Order due date, unless they meet the standard of Fed. R. Civ. P. 51(a)(2)(A). If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted on or before the Final Pretrial Order due date.

12. The parties shall be ready for trial on __June 25, 2012__. [Absent exceptional circumstances, a date within two weeks following the Final Pretrial Order due date.]

13. This case [is _X_/is not____] to be tried to a jury.

14. Counsel for the parties have conferred and their present best estimate of the length of trial is ____4 days____.

15. Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Fed. R. Civ. P 26(f)(3), are set forth below,
   __None known.__

Counsel for the Parties:

**Law Offices of Michael Flynn, P.C.**
**Attorneys for Plaintiff**
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234

By: _____
   Marc T. Wietzke

**Catherine A. Rinaldi, Esq.**
**Attorneys for Defendant LIRR**
Jamaica Station
Jamaica, NY 11435
(718) 558-7459

By: _____
   J. Dennis McGrath

The next Case Management Conference is scheduled for __April 13, 2012__ at __10:00 AM__.

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as provided paragraphs 6(f) and 7(d) shall be made in a written application in accordance with Court's Individual Practices and shall be made no less than two (2) business days prior to the expiration of the date sought to be extended.

SO ORDERED.

_____
J. PAUL OETKEN
United States District Judge

Dated: Nov. 28, 2011
New York, New York